UNITED STATES of America,
Plaintiff–Appellee,

v.

John DOE, Defendant–Appellant.

United States Court of Appeals,
Sixth Circuit.

Dec. 6, 2013.

Before: KEITH, COLE, and ROGERS, Circuit Judges.

### ORDER

Appellant's motion to dismiss the appeal is GRANTED. Appellant's motion was made and is granted during the pendency of a timely petition by the appellee to rehear en banc this court's judgment filed on August 27, 2013.